**Chicago Title & Trust Company, defendant in error, v. Patent Vulcanite Roofing Company, plaintiff in error. Gen. No. 29,128.**

Action by pledgee of stock to recover amount due thereon by reason of default in payment of note. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed January 26, 1925.

Paul B. Fisher, for plaintiff in error. Walter H. Shurtleff, of counsel. Cleland, Lee & Phelps, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

---

**Arthur Johnson, plaintiff in error, v. Chicago Railways Company et al., defendants in error. Gen. No. 29,157.**

Action to recover damages for injuries received in an accident alleged to have been caused by the negligence of the defendants. Judgment for the defendants. Error to the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed January 26, 1925. Rehearing denied February 9, 1925.

Joseph O. McKiernan, for plaintiff in error. McCormick, Kirkland, Patterson & Fleming, for defendants in error; John R. Guilliams and Weymouth Kirkland, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**City of Chicago, appellee, v. Albert Fells, appellant. Gen. No. 29,185.**

Prosecution for disorderly conduct. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. Joseph Burke, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed January 26, 1925.

Alva L. Bates, for appellant; Alva L. Bates, of counsel. Francis X. Busch, Corporation Counsel, and Samuel E. Pincus, Prosecuting Attorney, for appellee; Eliot H. Evans, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**Jacob G. Levinson, appellant, v. E. H. Davis, appellee. Gen. No. 29,224.**

Action of forcible entry and detainer. Judgment for the defendant. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed January 26, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Morris G. Levinson, for appellant; Robert D. Melick, of counsel. Max C. Liss, for appellee.

Mr. Justice Johnston delivered the opinion of the court.